# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Dan Boudreaux
Keith R. Giardina Law Offices
9100 Bluebonnet, Suite 300
Baton Rouge LA 70809

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00119-CA**

**NINA SKINNER, ET AL.**
**VERSUS**
**STATE OF LOUISIANA, DOTD, ET AL.**

**Appealed from Cameron Parish Case No. 10-18418**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Liberty Mutual Insurance Co.** has this day been

    **DENIED.**

cc: Michael Wayne Landry, Counsel for the Appellant
    James David Cain, Jr., Counsel for the Appellant
    Barry Alwin Roach, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**